### 16064.  WOOD v. THE STATE.

BLOODWORTH, J. A verdict of guilty of selling liquor was demanded by the evidence, which showed that two persons registered at a hotel as guests, and were shown to their room by the defendant—a porter,— and when they entered the room he was asked if he could get for them some whisky; that he said he would see what he could do for them; and that in a few minutes he came back with a pint-bottle, which contained about a half pint of corn liquor, for which they paid him $1.50. The fact that he never solicited the guests to buy from him, but that the first suggestion as to the whisky came from them, could not avail him as a defense.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 3, 1925.

Accusation of possessing and selling liquor; from city court of Floyd county—Judge Bale. November 5, 1924.

*Porter & Mebane,* for plaintiff in error.

*James Maddox, solicitor,* contra.